On petition for review from the Court of Appeals filed March 18,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals May 29, 1998

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## MARCUS SAVELLE HARDGES,
*Respondent on Review.*

### (CC 94-11-37780; CA A89351; SC S45134)

957 P2d 1222

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Kulongoski, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fair*, 326 Or 485, 953 P2d 383 (1998).

---

\* Appeal from Multnomah County Circuit Court, Robert W. Redding, Judge. 152 Or App 496, 952 P2d 574 (1998).

\*\* Kulongoski and Leeson, JJ., did not participate in the consideration or decision of this case.